STATE V. BANK OF BENSON, NO. 28663.
STATE V. COMMERCIAL STATE BANK, NO. 28664.
STATE V. SECURITY STATE BANK, NO. 28665.
STATE V. WASHINGTON COUNTY BANK, NO. 28666.
STATE V. FARMERS & MERCHANTS BANK, NO. 28667.

FILED JULY 20, 1933. Nos. 28663-28667.

*Skiles & Skiles, I. D. Beynon* and *Crossman, Munger & Barton,* for appellants.

*F. C. Radke, Barlow Nye, Arthur F. Mullen* and *G. E. Price, contra.*

Heard before GOSS, C. J., ROSE, DAY and PAINE, JJ., and CHASE, LOVEL S. HASTINGS and TEWELL, District Judges.

ROSE, J.

For the reasons stated in the companion case of *State v. Ralston State Bank,* No. 28662, *ante,* p. 245, the judgment in each of the above entitled cases is reversed and the cause is remanded to the district court to enter the judgment directed by the opinion in No. 28662.

REVERSED.